No. 10–9350. KING *v.* FISHER, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT SMITHFIELD, ET AL. C. A. 3d Cir. Certiorari denied.

No. 10–9356. OVERBY *v.* LAWLER, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT HUNTINGDON, ET AL. C. A. 3d Cir. Certiorari denied.

No. 10–9359. CERVANTES *v.* VASQUEZ, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 10–9369. LOWERY *v.* CARTLEDGE, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 10–9371. KILLION *v.* DAWSON. C. A. 7th Cir. Certiorari denied.

No. 10–9381. BABICK *v.* BERGHUIS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 10–9384. SHABAZZ *v.* BUSS, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 10–9393. PERRY *v.* MERIT SYSTEMS PROTECTION BOARD. C. A. Fed. Cir. Certiorari denied.

No. 10–9405. FLOYD *v.* LAWLER, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT HUNTINGDON, ET AL. C. A. 3d Cir. Certiorari denied.

No. 10–9408. MITTS *v.* BOBBY, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 10–9409. BELL *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 10–9411. LEAF *v.* ASTRUE, COMMISSIONER OF SOCIAL SECURITY, ET AL. C. A. 5th Cir. Certiorari denied.

No. 10–9412. BARR *v.* SABOL, WARDEN. C. A. 1st Cir. Certiorari denied.

No. 10–9417. WILLIAMS *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.